IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01386-CMA-MJW

RODNEY CURTIS HAMRICK,

Plaintiff,

v.

MICHAEL MERRIL, (CHAPLAIN),

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Amend Request for Relief Section of Prisoner Complaint **(Docket No. 9)** and plaintiff's Motion for Leave to File Amended Relief Section and Jurisdictional Notice of Prisoner Complaint **(Docket No. 33)** are granted. Plaintiff shall forthwith file a Second Amended Complaint which incorporates the amended request for relief and jurisdictional section. It is further

**ORDERED** that on or before February 27, 2009, defendants shall file a response to plaintiff's Motion for Preliminary Injunction (Docket No. 8) and plaintiff's Motion for Injunction to Compel and Officer of the United States to Perform his Duty (Docket No. 3).

Date: January 27, 2009