IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01386-CMA-MJW

RODNEY CURTIS HAMRICK,

    Plaintiff,

v.

MICHAEL MERRILL,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and Plaintiff Rodney Curtis Hamrick's Voluntary Motion to Dismiss (Doc. # 46), it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay its own costs. It is

FURTHER ORDERED that Plaintiff shall be excused from paying the remainder of the filing fees in this matter.

DATED: February __9__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge